*George B. Davis, solicitor,* contra.

## 3095. PERKINS v. THE STATE.

HILL, C. J. The evidence supports the verdict. No error of law is complained of.                                                              *Judgment affirmed.*

DECIDED JANUARY 17, 1911.

Indictment for assault; from Tattnall superior court—Judge Seabrook. November 19, 1910.

*J. P. Moore, Way & Burkhalter,* for plaintiff in error.

*N. J. Norman, solicitor-general, Edwin A. Cohen,* contra.